JOSE CASAIS ET AL., APPELLANTS, v. MEYER L. SHAPIRO ESTATE ET AL., RESPONDENTS.

Submitted May 28, 1948—Decided September 3, 1948.

For the appellants, *Rosario S. Mazzola.*

For the respondents, *George F. Lahey, Jr.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DONGES, COLIE, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ. 12.

*For reversal*—None.